MAE SULLIVAN, Respondent, v. HANSCOM BAKING CORPORATION, Appellant.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

HELEN BOBBEY, as Administratrix of the Estate of FRANK BOBBEY, Deceased, Plaintiff, v. TURNER CONSTRUCTION CORPORATION, Defendant, and C. & A. BRENNINKMEYER, INC., Defendant and Third-Party Plaintiff-Respondent. A. GREENE COMPANY, INC., Third-Party Defendant-Appellant.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

SAVOY-PLAZA, INC., Appellant, v. MILTON LACKS et al., Trading as "NORMANDIE SHOP", Respondents.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of HIDEOUT RESTAURANT CORP., Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

ANNIE O. DAVIS, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— A bill of particulars as to the other items is in order and should have been directed. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

MARION IGNERI, Appellant, v. SAMUEL S. LOCKETT, Respondent.— No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

PELHAM ST. G. BISSELL, 3D, Appellant, v. WALTER WINCHELL et al., Respondents.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

ANN HERMAN, Appellant, v. IRVING HERMAN, Respondent.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.